uno $

# THIS IS A FEDERAL CRIMINAL COMPLAINT

07 2006
pc

Fed. R. Crim. P. Title 18 § 113.

MISC. 06 47

Derrick Scott Plaintiff, Prisoner.

V.

Robert Davis. Sgt. (DWCC) Defendant

Rodderick Malcolm, LT. (DWCC) Defendant

Chris Evans, LT. (DWCC) Defendant

Sanders, LT. (DWCC) Defendant

Toffton. CPt. (DWCC) Defendant

Kidd, Sgt. (DWCC) Defendant

Robert Davis
Roderick Malcolm
Chris Evans
Sander
Toffton
Kidd
670 Bell Hill Rd.
Homer, La. 71040

Derrick Scott
DWCC N4 A
670 Bell Hill Rd
Homer, La. 71040

# PLAINTIFF CRIMINAL COMPLAINT

On July 10, 2005. Plaintiff inmate Derrick Scott, Was Subjected to assault by David Wade Correctional officers in Violation Fed. R. Crim. P. title 18 § 113.

On July 10, 2005. at (DWCC) while the Plaintiff was being house on extended lock down. Which is a maximum security housing unit at (DWCC)

While the Plaintiff was on Suicide Watch in cell #2 in a Paper gown on C-tier in N4 ext/lock down unit. The Plaintiff was Place inc full restraints by (DWCC) officers Roderick Malcolm, LT. and Robert Davis Sgt. After the officers Place the Plaintiff in restraints and let the Plaintiff out his Cell. Officer Davis begin Punching the Plaintiff with his Close naked fist in his face hitting the Plaintiff in the mouth, nose, and head while the Plaintiff was in full restraints. Lt. Malcolm then begin hitting me with his Walkie talkie until Knocking me to the floor.

While laying on the floor in full restraints bleeding. Lt. Sanders and Sgt. Kidd arrive and begin Stomping me and kicking me in my face and my body while on the floor bleeding in full restraints.

Cpt. Tofton and Lt. Evans Stood on the scene. and Watch these officers Commit these Criminal acts upon me with failing to make any attempt to Stop the officers from Stomping me. and Kicking me while I lay on the floor in full restraints bleeding.

According to Fed. R. Crim. P. Title 18 § 113. (a) 3, 4, 6. States:

(3) Assault with a dangerous weapon, with intent to do bodily harm, and without Just Cause or excuse, by a fine under this title or imprisonment for not more than ten years, or both.

(4) Assault by striking, beating, or wounding, by a fine under this title or imprisonment for not more than six months, or both.

(6) Assault resulting in serious bodily injury, by a fine under this title or imprisonment for not more than ten years, or both.

(a) Whoever, within the Special maritime and territorial Jurisdiction of the United States, is guilty of assault Shall be Punished as mention above.

Do to the facts that the Plaintiff have demonstrated in his Complaint Supported with affidavits filed with the Complaint establish Probable Cause to believe that an offense has been committed and that

the defendants Committed it, the Judge must issue an arrest Warrant to an officer authorized to excute it. According to Fed. R. Crim. P. Reule 4. Arrest Warrant or Summons on a Complaint.

Under Fed. R. Crim. P. (a) (c) The Plaintiff Command that the defendants arrested and brought without unnecessary delay before a magistrate Judge or, if none is reasonably available, before a State or local Judicial officer; and (D) be Signed by a Judge.

Do to the Fed. R. Crim. P. and under Title 18 § 113. if within the territorial Jurisdiction of the United States, the Judge "must" issue an arrest Warrant to an officer authorized to excute the arrest warrant according to Fed. R. Crim. P. Rule 4. Concerning the Plaintiff Criminal Complaint.

Information Charging that defendants a State officer, under Color of State law, did willfully and Knowingly Strike Prisoner while acting under Color of State law, willfully and knowingly with his fists and feet did beat, bruise, batter and injure such Prisoner for the willful Purpose and with the intent to impose Punishment upon such Prisoner and to deprive him of his Constitutional rights, Sufficiently Charged violation of this Violation of this Section U.S.C. 18 § 242.

With the Plaintiff Criminal Complaint Supported by affidavits Of the Criminal acts that been Committed UPOn the Plaintiff by Correctional officers at (DWCC) Command that these Officers be arrested and brought without unnecessary delay before a magistrate Judge or, if none is reasonably available, before a State or local Judicial officer. Be Signed by a Judge.

Respectfully Submitted

Derrick Scott

Derrick Scott # 126372
DWCC N4 A
670 Bell Hill Rd
Homer, La. 71040

Thus done and Sign this 1 day of Sept, 06.

State of LOUISIANA Parish of Claiborne

# AFFIDAVIT

I Derrick Scott, of the majority and competent mind do hereby declare it true and Correct under Penalty of Perjury of law, Pursuant to 28 U.S.C.§ 1746.

I the Plaintiff make this affidavit in Support of the Fed. Crim. Complaint that being file by me, Concerning the fed. Crim. offense that was committed upon me on July 10, 2005. Declare it true and correct under Penalty of Perjury of law.

Which a federal civil suit has already been filed in the West. Dist. Court. in Shreveport in behalf of these fed. Crim. offense Case No. 05-2024-P.

I declare it true and Correct under Penalty of Perjury of law. That all the allegation in the fed. Crim. Complaint are true.

Pursuant to 28 U.S.C.§ 1746 declare under Penalty of Perjury of law:

Derrick Scott
AFFIANT

Thus done on this 1 date of Sept. 2006.

State of LOUISIANA

Parish of Claiborne

# AFFIDAVIT

I Cecil Mullins of the majority and competent mind do hereby declare it true and correct under Penalty of Perjury of law, Pursuant to 28 U.S.C. § 1746.

On July 10, 2005 while being house in N4 extended lock down unit on Suicide watch next door to the cell of the Plaintiff Derrick Scott. I witness Correctional officers Sgt. Davis and Lt. Malcolm Place inmate Scott in full restraints before letting inmate Scott out his cell.

Once inmate scott came out his cell in the full restraints. I Seen Sgt. Davis begin Punching inmate Scott with his fist hitting the inmate the face while inmate scott was in full restraints. I also seen Lt. Malcolm hit inmate Scott Several times with his walkie talkie. Knocking inmate Scott to the floor. While inmate Scott was laying on the floor bleeding in full restraints. I seen Lt. Sanders and Sgt. Kidd walk over to inmate scott, while he lay on the floor in full restraints bleeding and these begin stomping and kicking inmate Scott, While Capt. Tofton and Lt. Evans stood and watch.

Pursuant to 28 U.S.C. § 1746 declare under Penalty of Perjury of law:

s/ Cecil Mullins
AFFIANT

On this 1 date of Sept. 2006.

Derrick Scott #126312
DWCC N4A
670 Bell Hill Rd
Homer, La. 71040

U.S. POSTAGE
$00.63
HOMER LA
SEP 06 2006 00630 050076
FP0595115 JMC01 027A2F9A

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURT HOUSE
300 FANNIN ST. SUITE 1167
SHREVEPORT, La. 71101